**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BUSCH ELECTRIC CONSTRUCTION, INC., | : | No. 321 WAL 2017 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PARROT CONSTRUCTION CORPORATION, | : | |
| | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.